DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANH NGUYEN,**
Appellant,

v.

**WEISS, HANDLER, & CORNWALL, P.A.,**
Appellee.

No. 4D21-3069

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman, Judge; L.T. Case No. 502018CA002791.

Melissa Alexis Chluski of Melissa Alexis Chluski, P.A., Boca Raton, for appellant.

Henry B. Handler, David K. Friedman, and Harry Winderman of Weiss, Handler & Cornwell, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***